AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Mark Robert Harris | ) |
| | ) Case No. |
| | ) **8:20 MJ 1283 CPT** |
| | ) |
| | ) |
| _____ | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 8, 2008, to present,_____ in the county of _____Lee, and elsewhere,_____ in the _____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Aneddail Torres-Ayala, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __MARCH 10, 2020__

_Judge's signature_

City and state: _____Tampa, Florida_____

Hon. Christopher P. Tuite, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Aneddail Torres-Ayala, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of a Criminal Complaint against **MARK ROBERT HARRIS** for violations of 18 U.S.C. § 1343 (wire fraud).

2.    I have been a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") for the past seven years. I am currently assigned to the Tampa Field Division, which is located in the Middle District of Florida.

3.    As a Special Agent with the White Collar Squad, my duties and responsibilities include conducting investigations of potential criminal violations, including those relating to public corruption, money laundering, corporate fraud, securities and commodities fraud, mortgage fraud, financial institution fraud, bank fraud, and embezzlement. While at the FBI Academy in Quantico, Virginia, I completed detailed training in conducting financial investigations. I have attended financial crimes conferences, and I am familiar with how criminal activity is often conducted through the use of layered bank transfers and offshore accounts. On many occasions, I have participated in debriefing defendants, informants, and witnesses involved in violations of federal law. Additionally, I have testified in federal judicial proceedings relating to such investigations.

4.      I have personally participated in this investigation and have witnessed many of the facts and circumstances described herein. I have also received information from other law enforcement officers and financial analysts relating to this investigation. The information set forth in this affidavit is based on my own observations and review of documents, or reliable information provided to me by other witnesses and law enforcement personnel. Unless otherwise indicated, all written oral statements referred to herein are set forth in substance and in part, rather than verbatim. I have set forth only those facts and circumstances believed to be necessary to establish probable cause for the issuance of the requested Criminal Complaint. This affidavit does not contain every fact known to investigators at this time.

5.      Your Affiant respectfully submits that there is probable cause to believe that **MARK ROBERT HARRIS** has engaged and continues to engage in violations of 18 U.S.C. § 1343 (wire fraud).  Accordingly, your Affiant requests that this Court authorize the Criminal Complaint requested.

## PROBABLE CAUSE

**Relevant Entities**

6.      Broker Dealer Market, Inc.—**MARK ROBERT HARRIS** was listed in Florida Department of State Division of Corporations ("FL/DOC") records as the Principal/Director of Broker Dealer Market, Inc. beginning in 2005. The

principal address of Broker Dealer Market, Inc. was listed as 2805 E. Oakland Park Boulevard, # 404, Fort Lauderdale, Florida 33306. Said corporation was administratively dissolved on September 24, 2010.[1]

7.      Brokertree, Inc.—FL/DOC records reflect that **MARK ROBERT HARRIS'** wife, H.H., established Brokertree, Inc. on July 29, 2008. H.H. was listed as the Incorporator and Director. Said records further reflect that on September 10, 2009, **MARK ROBERT HARRIS** was added as the Director of Brokertree, Inc. On September 14, 2009, Brokertree, Inc.'s name was changed to Harris Market, Inc. by an amendment made by **MARK ROBERT HARRIS**. Said corporation was administratively dissolved on January 18, 2012.

8.      BDM World Wide, Inc.—FL/DOC records identified **MARK ROBERT HARRIS** as President and H.H. as Vice President of BDM World Wide, Inc. beginning in 2013. Its principal address was listed as 221 Beach Road, # 405, Siesta Key, Florida 34242. Said corporation was administratively dissolved on September 26, 2014.

9.      Harris Group of America, Inc.—FL/DOC records identified H.H. as President of Harris Group of America, Inc., which was established on

---

[1] According to records from Ruby Receptionists, **Mark Harris** has had and continues to maintain an account in the name of Broker Dealer Market, Inc., for answering services.

February 11, 2016. The principal address was listed as 221 Beach Road, #405,

Sarasota, Florida 34242.[2] Said corporation was administratively dissolved on

September 27, 2019.

**Corresponding Financial Accounts**

10.     All the below bank accounts were opened in the Middle District of

Florida and were used for the wire transactions. ~~4TA~~

11.     According to Fifth Third Bank records, **MARK ROBERT HARRIS**

opened the account ending in #5331, in the name of BDM World Wide, Inc., on

April 4, 2014. The account opening documents were signed by **MARK ROBERT**

**HARRIS** as President of BDM World Wide, Inc.

12.     According to SunTrust Bank records, H.H. opened the account

ending in #9609, in the name of Harris Group of America, Inc., on March 25,

2016. The account opening documents were signed by H.H. as President of

Harris Group of America, Inc.

13.     According to Capital Bank records, H.H. opened the account ending

in #8006, in the name of Harris Group of America, Inc., on January 23, 2017.

The account opening documents were signed by H.H. as President of Harris

_____

[2] On February 21, 2020, agents conducted surveillance at 221 Beach Road #405,
Sarasota, Florida 34242. It is a vacant single-family home that was used as a UPS
Store for some period of time. UPS told your Affiant that it closed the store on
November 21, 2018. On February 21, 2020, it was a completely empty space.

Group of America, Inc., and **MARK ROBERT HARRIS** as the "AUTH

SIGNER" of Harris Group of America, Inc.

14.     According to Regions Bank records, H.H. opened the account

ending in #5602, in the name of Harris Group of America, Inc., on November

28, 2017. The account opening documents were signed by H.H. as owner of

Harris Group of America, Inc., and **MARK ROBERT HARRIS** as Secretary of

Harris Group of America, Inc.

15.     According to JP Morgan Chase Bank records, H.H. opened the

account ending in #9107, in the name of Harris Group of America, Inc., on

March 1, 2019 at the 1615 Del Prado Blvd, Cape Coral, FL 33990 bank location.

The account opening documents were signed by H.H. as President of Harris

Group of America, Inc., and reported the primary business address as 3107 SW

20th Avenue, Cape Coral, Florida 33914.

**Introduction to Wire Fraud Scheme**

16.     Interviews of multiple cooperating victims ("CV") have revealed

that **MARK ROBERT HARRIS**, through his website, offers to match buyers and

sellers of established Registered Investment Advisers, to be used to advise clients

on securities and/or to manage portfolios, or established Broker Dealers, to be

used to execute trades or buy and sell assets for clients. Prospective buyers and

sellers learn of **MARK ROBERT HARRIS'** services from the internet,

specifically via his Broker Dealer Market, Inc. website, www.bdmarket.com. This website is hosted by GoDaddy.com, LLC.

17.   In the "WHO WE ARE" section of the www.bdmarket.com website, **MARK ROBERT HARRIS** is identified as the Managing Director of Broker Dealer Market, Inc. In the "CONTACT US" section, H.H. is identified as Human Resources.

18.   The Broker Dealer Market, Inc. internet website (www.bdmarket.com) lists the many business opportunities for which **MARK ROBERT HARRIS** will act as intermediary for purposes of a sale/purchase.

19.   From the CV interviews, I have learned that potential buyers contact **MARK ROBERT HARRIS** via email or telephone using information derived from the Broker Dealer Market, Inc. website (www.bdmarket.com). Each buyer is then matched with an appropriate business to purchase.  Thereafter, **MARK ROBERT HARRIS** instructs the buyer to wire a "good faith deposit"— generally $30,000.00 or more—at the beginning of negotiations to a **HARRIS**-controlled bank account in the name of Harris Group of America, Inc.:[3]  Buyers rely on **MARK ROBERT HARRIS'** written assertions in the "Good Faith Deposit

---

[3] Prior to utilizing bank accounts in the name of Harris Group of America, Inc., **MARK ROBERT HARRIS** directed buyers to wire funds to one or more accounts in the name of BDM World Wide, Inc.

Agreement" that their good faith deposits are totally refundable throughout the entire sales process. After **MARK ROBERT HARRIS** collects the good faith deposit money, the sellers and buyers are no longer able to connect with **MARK ROBERT HARRIS** by email, mail, text message, or telephone. Most important, **MARK ROBERT HARRIS** fails to refund the good faith deposits, despite repeated requests for him to do so.

20.     Of note, the Broker Dealer Market, Inc. website (www.bdmarket.com) does not mention Harris Group of America, Inc. However, the "Good Faith Deposit Agreement" describes the Broker Dealer Market, Inc. website (www.bdmarket.com) as a Harris Group of America, Inc. brand.

21.     The FBI has learned that **MARK ROBERT HARRIS** is currently utilizing GoDaddy.com, LLC to advertise the above-named business entities, communicate (via email) with potential victims, and ultimately to introduce the broker dealer sellers to the buyers. In particular, the evidence reflects that **MARK ROBERT HARRIS** has used the following email addresses provided by GoDaddy.com, LLC to communicate with sellers and buyers: mark@markmoney.com, dd@bdmarket.com, mark@bdmarket.com, and nda@bdmarket.com.

22.     In addition, the evidence shows that **MARK ROBERT HARRIS**
has used the following AOL (Oath, Inc.) email address to communicate with
sellers and buyers: markmoney@aol.com.

**Cooperating Victim Interviews**

23.     As an example, CV-1 (of New York) was interested in selling
his/her broker dealer firm. Through an online search, CV-1 found Broker Dealer
Market, Inc.'s website, www.bdmarket.com. Using the website's information,
CV-1 communicated with **MARK ROBERT HARRIS** via telephone and email,
dd@bdmarket.com. CV-1 signed a three-month listing agreement in
August/September 2014 and emailed due diligence documents to
**MARK ROBERT HARRIS**. In November 2014, **MARK ROBERT HARRIS**
advised CV-1 that a buyer was interested in purchasing his/her broker dealer firm
for $75,000. CV-1 sent the purchase agreement to his/her CPA for review. On or
about Thanksgiving 2014, CV-1 received a call from the buyer and its attorney,
requesting a refund of the $30,000 good faith deposit the buyer had sent to
**MARK ROBERT HARRIS** and reporting that **HARRIS** was refusing to return
the deposit. After this point, neither CV-1 nor the buyer were able to
communicate with **MARK ROBERT HARRIS**. **MARK ROBERT HARRIS**
never returned the $30,000. This investigation revealed that on October 10, 2014

the buyer wired $30,000 to the Fifth Third Bank account ending in #5331, in the name of BDM World Wide, Inc.

24.     CV-2 (of Arizona) wanted to purchase a broker dealer and found Broker Dealer Market, Inc.'s website, www.bdmarket.com, through an online Google search. CV-2 communicated with **MARK ROBERT HARRIS** via email, nda@bdmarket.com and markmoney@aol.com, using the information provided on the www.bdmarket.com website. CV-2 signed the "Good Faith Deposit Agreement" on December 21, 2014, and CV-2 wired a $30,000 good faith deposit which was posted on December 23, 2014. The deal did not transpire. After many conversations with **MARK ROBERT HARRIS**, CV-2 sent **HARRIS** a Reclamation Notice for the return of the $30,000 good faith deposit, which was CV-2's right under Section 4 of the "Good Faith Deposit Agreement". **MARK ROBERT HARRIS** agreed verbally numerous times to return the funds, but he never did. **MARK ROBERT HARRIS** stopped answering phone calls, text messages, or emails. This investigation revealed that on December 23, 2014, CV-2 wired $30,000 to the Fifth Third Bank account ending in #5331, in the name of BDM World Wide, Inc.

25.     CV-3 (of Colorado) was interested in selling his/her broker dealer firm. CV-3 found Broker Dealer Market, Inc., www.bdmarket.com, via an online search and reached out to **MARK ROBERT HARRIS** via email at

mark@markmoney.com, mark@bdmarket.com and markmoney@aol.com, to find a buyer for the firm. CV-3 gave **MARK ROBERT HARRIS** a three-month listing agreement with the terms that CV-3's firm would net $50,000 and anything over that amount was for **HARRIS**'s fee. CV-3 provided **MARK ROBERT HARRIS** with due diligence documents. On April 2015, **MARK ROBERT HARRIS** sent CV-3 a purchase/sale agreement from a buyer with terms of 20% down and 80% balance when the deal was approved by the Financial Industry Regulatory Authority ("FINRA"). On April 29, 2015, **MARK ROBERT HARRIS** sent a wire for $15,000 to CV-3's firm. CV-3 confirmed via email receipt of the $15,000 from **MARK ROBERT HARRIS**. Later, CV-3 learned from the buyer that the buyer had sent **MARK ROBERT HARRIS** $75,000 via two wires. This investigation revealed that the buyer caused $30,000 to be wired on March 3, 2015, and $45,000 to be wired on April 24, 2015 to the Fifth Third Bank account ending in #5331, in the name of BDM World Wide, Inc. for the purpose of this purchase. FINRA approved the ownership change in March 2016, but **MARK ROBERT HARRIS** never forwarded any additional funds to CV-3's firm. **MARK ROBERT HARRIS** stopped all communications with CV-3.

26.     CV-4 (of Connecticut) was interested in buying a broker dealer license and found Broker Dealer Market, Inc., www.bdmarket.com, through an internet search. CV-4 sent, via U.S. mail, a Non-Disclosure Agreement ("NDA")

to **MARK ROBERT HARRIS**. According to CV-4, the NDA stated that **MARK ROBERT HARRIS** would either complete a broker dealer purchase or send the buyer's deposit back. CV-4 sent **MARK ROBERT HARRIS** $14,000 as a good faith deposit for the purchase of a broker dealer to the SunTrust Bank account ending in #9609, in the name of Harris Group of America, Inc. on July 18, 2016. Because no purchase occurred, CV-4 requested the deposit back via email to mark@markmoney.com. After this point, **MARK ROBERT HARRIS** ceased any type of contact with CV-4.

27.    CV-5 (of Florida) reached out to **MARK ROBERT HARRIS** through his website, www.bdmarket.com, to locate a broker dealer for sale in February 2017. In April 2017, **MARK ROBERT HARRIS** sent CV-5, via email from mark@markmoney.com, information concerning a business that would meet CV-5's company needs. On May 4, 2017, CV-5 wired $30,000 to the Capital Bank account ending in #8006, in the name of Harris Group of America, Inc. as a "good faith deposit" towards the purchase of a broker dealer firm. The deposit was to be fully refundable if a purchase agreement was not executed. CV-5 ultimately decided not to do the deal and requested a refund. CV-5 made numerous attempts to get the deposit refunded via telephone (941-365-1000), text, email to mark@markmoney.com, fax (888-323-7874), and USPS Priority Mail to Harris Group of America, Inc., Attn: Accounting/**MARK HARRIS**, 221 Beach

11

Road #405, Siesta Key, Florida 34242. **MARK ROBERT HARRIS** did not respond to CV-5's attempts to contact him and never refunded the deposit.

28.    CV-6 (of Illinois) was looking to buy a broker dealer. CV-6 found the website, www.bdmarket.com, and communicated with **MARK ROBERT HARRIS** via email at mark@markmoney.com and nda@bdmarket.com. **MARK ROBERT HARRIS** advised CV-6 via email that he/she needed to sign a non-disclosure agreement and that any deposit was fully refundable. **MARK ROBERT HARRIS** offered two possible companies for purchase. On November 14, 2017, CV-6 wired $30,000 to the Capital Bank account ending in #8006, in the name of Harris Group of America, Inc. The deal did not work out, but **MARK ROBERT HARRIS** sent CV-6 other broker dealers for consideration. CV-6 requested the money back via email, but **MARK ROBERT HARRIS** stopped all communications and never returned the deposit.

29.    In or about 2011, CV-7 (of Pennsylvania) was not happy with his current job and was interested in buying a broker dealer. CV-7 found the Broker Dealer Market, Inc. website, www.bdmarket.com, through a Google.com search. CV-7 communicated with **MARK ROBERT HARRIS** via telephone to 941-365-1000 and 305-928-2000, **MARK ROBERT HARRIS'** telephone numbers, and email to mark@markmoney.com. In 2011, through **MARK ROBERT HARRIS**, CV-7 obtained a job at Capital Path Securities, LLC. CV-7 and **MARK ROBERT**

12

**HARRIS** maintained an email relationship thereafter. In September 2018, **MARK ROBERT HARRIS** told CV-7 that he had a good broker dealer for sale. On October 12, 2018, CV-7 wired $30,000 to the Regions Bank account ending in #5602, in the name of Harris Group of America, Inc. A few days later, **MARK ROBERT HARRIS** told CV-7 that the broker dealer was going to be sold to another buyer. CV-7 asked **MARK ROBERT HARRIS** to return the deposit via email and telephone. **MARK ROBERT HARRIS** stopped all communications and never returned the money.

30.    In or about December 2019, CV-8 (of California) wanted to purchase a broker dealer and found Broker Dealer Market, Inc.'s website, www.bdmarket.com, through an online Google search. CV-8 communicated with **MARK ROBERT HARRIS** via email at mark@markmoney.com, using the information provided on the www.bdmarket.com website and via telephone to 941-365-1000. **MARK ROBERT HARRIS** sent CV-8 a "Good Faith Deposit Agreement". CV-8 signed the agreement and wired a $30,000 good faith deposit to the JP Morgan Chase Bank account ending in #9107, in the name of Harris Group of America, Inc. on December 12, 2019. Per the agreement, the deposit was to be fully refundable if a purchase agreement was not executed. **MARK ROBERT HARRIS** never sent due diligence documents to CV-8 or made the seller/buyer introductions as promised. On December 19, 2019, after many

attempts to obtain the documentation needed from **MARK ROBERT HARRIS**, CV-8 requested a return of the deposit via email. **MARK ROBERT HARRIS** agreed once via text to return the funds, but he never did. **MARK ROBERT HARRIS** stopped answering phone calls, text messages, or emails.

**Financial Analysis**

31.   This is the latest Harris Group of America, Inc., bank account where potential victims were sending wire transfers. The evidence shows that starting at least as early as March 1, 2019, **MARK ROBERT HARRIS** sent the following wiring instructions to victims:  ABA #267084131 Chase Bank, New York, NY, for further credit to: Harris Group of America, Inc. AC#381179107, 221 Beach Road #405, Sarasota, FL 34242[4] and SWIFT/BIC Code: CHASU33.  Further, bank records reveal that starting at least as early as March 1, 2019, the JP Morgan

---

[4] The evidence indicates that **MARK ROBERT HARRIS** has used and continues to use his residence at 3107 SW 20th Avenue, Cape Coral, Florida 33914 to conduct the activities described in this affidavit, and no other location. As noted in footnote 1 above, agents surveilled the 221 Beach Road #405, Sarasota, FL 34242 location on February 21, 2020. It is a vacant single-family home that was used as a UPS office for some period of time, but is now an empty space.

Further, analysis of the JP Morgan Chase Bank account ending in #9107, in the name of Harris Group of America, Inc., revealed only one check with the memo reference "Dep. & 1st month"—that is, check #1842, dated July 18, 2019, made payable to 3501 Del Prado Blvd, LLC, and signed by H.H. The check cleared on July 26, 2019. However, no evidence of an office has been found at that location.

Chase Bank Account ending in #9107 was used to collect the "Good Faith Deposit" money from victims.

32.     Between October 2014 and January 2020, **MARK ROBERT HARRIS** maintained banking relationships with six different financial institutions using 10 separate accounts.

33.     On the deposit side, financial analysis of the 10 bank accounts has identified over 35 potential victims with estimated losses totaling more than $1 million.

34.     On the withdrawal side, the vast majority of the disbursements are for personal living and consumer expense type items.

35.     To date, the investigation has identified only one successfully closed transaction where the buyer had no complaints about **MARK ROBERT HARRIS**. There was one other closed transaction identified, wherein **MARK ROBERT HARRIS** defrauded the seller out of $35,000 of the sales proceeds. In addition, despite the fact that **MARK ROBERT HARRIS** repeatedly touted that the good faith deposits were completely refundable and kept in a separate escrow account, the investigation identified only two refunds of good faith deposits. In both instances, the funds used to refund the good faith deposits came from new victim money and not from the escrow account **MARK ROBERT HARRIS** purportedly maintained. The above-described closed transactions and refunds

account for less than $100,000 of the more than estimated $1 million stolen from victims.

36.     Banking records for the JP Morgan Chase Bank account ending in #9107, in the name of Harris Group of America, Inc., for the period of March 2019 through January 2020 revealed the following five wire transfer deposits totaling $190,000:

a.     On March 5, 2019, from a potential victim in Sunny Isles Beach, FL; "Details of Payment: Good Faith Deposit"; Amount: $50,000.

b.     On June 14, 2019, from a potential victim in Century City, CA; "Wire Purpose: Purchase Broker Dealer"; Amount: $50,000.

c.     On September 16, 2019, from a potential victim in Houston, TX; "Ref.: Good Faith Deposit, BD 7612"; Amount: $30,000.

d.     On December 12, 2019, from CV-8 in Beverly Hills, CA; "Services"; Amount: $30,000.

e.     On December 12, 2019, from a potential victim in Jersey City, NJ; "Ref.: Deposit for Fintech Securities and Acquisition"; Amount: $30,000.

37.     Moreover, banking records for the same account during the same period revealed over 1,000 debit card purchases in excess of $150,000 for purchases at Amazon, Sam's Club, Home Goods, AT&T, Geico, Target, Publix, Walmart, Comcast, Walgreens, Louis Vuitton, Mercedes Benz FT Myers,

Starbucks, Glamour Pets, Ticketmaster, Saks Fifth Avenue, Tender Moments, Signature Nails, and Jaguar Land Rover Audi Ft. Myers, among other entities.

38.     In addition, there were 12 wire transfers totaling $85,719.60 to FLC Leasing LLC, a car leasing company located in Pompano Beach, FL, "Ref:/Bnf/Mercedes/Range Rover". Two of the 12 wire transfers failed due to non-sufficient funds ("NSF") in the account, so the actual amount paid to FLC Leasing LLC was $76,859.96.

39.     Further, seven checks in the aggregate amount of $36,550.00 were either made payable to and/or negotiated by B.O. or R.O. Five of the checks contained memos indicating "repayment of loan". One check memo said "repayment-bail", and the last check had a blank memo line.

40.     Finally, nine payments totaling $29,400.00 were issued to C.A. for rent for **MARK ROBERT HARRIS**' residence at 3107 SW 20th Avenue, Cape Coral, Florida, 33914. These payments were made via Zelle, an on-line payment platform akin to PayPal or Venmo.

41.     In summary, **MARK ROBERT HARRIS** and his spouse, H.H., are using victim funds to make personal expenditures and otherwise for their personal enrichment.

**Connection of Evidence of Criminal Activity to HARRIS Residence**

42.     As noted above, there is no evidence that suggests that **MARK ROBERT HARRIS** or H.H. or any of the Harris-related entities identified in this affidavit conduct business at any location outside of the residence located at 3107 SW 20th Avenue, Cape Coral, Florida 33914.

43.     The residence is equipped with multiple Ring devices (surveillance cameras) mounted to the outside of the house. According to the Ring LLC subscriber information obtained for the address 3107 SW 20th Avenue, Cape Coral, Florida 33914, the Ring account is in the name of **MARK HARRIS**.

44.     Law enforcement records from the Lee County Sheriff's Office and the Cape Coral Police Department show that on May 27, 2019, both **MARK ROBERT HARRIS** and H.H. were arrested at 3107 SW 20th Avenue, Cape Coral, Florida 33914 by the Cape Coral Police Department. Specifically, **MARK ROBERT HARRIS** was arrested in connection with a domestic dispute involving H.H. While on scene, the police informed H.H. that she had a failure to appear felony warrant and arrested her. According with the police report, H.H. had failed to return a Hertz rental car that was due to be returned on December 17, 2018. On August 21, 2019, H.H. was placed on probation for a period of 60 months under the supervision of Florida Department of Corrections Correctional Probation Officer Marcos Garcia Fernandez.

18

45.     Correctional Probation Officer Marcos Garcia Fernandez informed your Affiant that he has met **MARK ROBERT HARRIS**, H.H.'s husband, five times. On four occasions, **MARK ROBERT HARRIS** accompanied his wife when she had meetings with Officer Garcia Fernandez at the Probation Office in Fort Myers. On September 30, 2019, Officer Garcia Fernandez met **MARK ROBERT HARRIS** a fifth time during a home visit at 3107 SW 20th Avenue, Cape Coral, Florida 33914. Officer Garcia Fernandez positively identified **MARK ROBERT HARRIS** from a photograph obtained by your Affiant from the Florida Driver and Vehicle Information Database ("DAVID").

46.     According to Officer Garcia Fernandez, **MARK ROBERT HARRIS** and H.H. have two children, and H.H. is a stay-at-home mom. Officer Garcia Fernandez described the family's home as a four-bedroom house with a home office equipped with a computer.

47.     On February 5, 2020, your Affiant and another FBI SA observed **MARK ROBERT HARRIS** exit the front entrance of the residence at 3107 SW 20th Avenue, Cape Coral, Florida 33914 with two trash bags which he deposited into a garbage can on the side of the house. He then retrieved the mail from the mailbox and walked back into the house.

48.     On March 5, 2020, your Affiant received subscriber records from AT&T, which reflect that via account #523250923789 in the name of **MARK**

19

**HARRIS**, with a billing address of 3107 SW 20th Avenue, Cape Coral, FL 33914, AT&T is providing service to the following cellular telephones[5] and other electronic devices:

| User Information | Telephone Number (Current) | Device |
|---|---|---|
| Mark Harris – BD-King | 941-365-1000 | Apple iPhone XS Max |
| H.H. | 941-735-0729 | Apple IPAD Pro A 1652 |
| Mark Harris | 941-914-2867 | Apple IPAD Pro 10.5 A 1709 |
| H.H. | 941-962-3625 | Apple Watch Series 3 (A 1861) Big |
| H.H. | 941-800-1111 | Apple iPhone XS Max |
| A.H. | 941-999-1500 | Apple iPhone X |
| E.H. | 941-999-1515 | Apple iPhone XS Max |

49.     In December 2019, the AT&T bill was paid out of the JP Morgan Chase Bank account ending in #9107 in the name of Harris Group of America, Inc.

50.     On March 5, 2020, your Affiant received subscriber records from Comcast, which show that via account #8535100361383057 in the name of

---

[5] According to the AT&T subscriber records, there is no land line associated with this account.

**MARK HARRIS**, with a service address and a billing address of 3107 SW 20th Avenue, Cape Coral, FL 33914, Comcast is providing "High Speed Internet Service" to the Harris residence.

51. Information provided by the Florida Department of Economic Opportunity revealed no records of employment or wages for either **MARK ROBERT HARRIS** or H.H.

## CONCLUSION

52. I submit that this affidavit establishes probable cause to believe that **MARK ROBERT HARRIS** has committed, and continues to commit, violations of 18 U.S.C. § 1343 (wire fraud). Accordingly, your Affiant requests that the Court approve this application for a Criminal Complaint.

Respectfully submitted,

Aneddail Torres-Ayala, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this __10__ day of March, 2020.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

21